# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00454-CR

### Ernesto Amador Sanchez, Appellant

### v.

### The State of Texas, Appellee

### FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 26TH JUDICIAL DISTRICT
### NO. 04-771-K26, HONORABLE BILLY RAY STUBBLEFIELD, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant seeks to appeal from the trial court's judgment convicting him of aggravated sexual assault. According to the trial court's judgment, appellant pled guilty to the charge in exchange for a twenty-five year sentence and the waiver of two other charges. On March 22, 2005, the trial court entered a judgment in accordance with that agreement. Appellant filed his notice of appeal on May 10, 2008. The trial court has certified that the cause was a plea bargain case and that appellant has no right of appeal. *See* Tex. R. App. P. 25.2(d); *see also* Tex. R. App. P. 26.2 (notice of appeal must be filed within thirty days of date sentence is imposed). Thus, the appeal is dismissed. *See* Tex. R. App. P. 25.2(d).

_____

David Puryear, Justice

Before Chief Justice Law, Justices Puryear and Pemberton

Dismissed for Want of Jurisdiction

Filed:   August 29, 2008

Do Not Publish